■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ALSTON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered November 23, 1976, convicting him of

robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The appellant raises substantially the same issues that were raised by his codefendant upon the latter's appeal, in which this court unanimously affirmed the judgment of conviction *(People v Hammonds,* 61 AD2d 1142). Martuscello, J. P., Titone, Shapiro and O'Connor, JJ., concur.